## Annie C. Olsen, Appellant, v. Evanston Bus Company, Appellee.

Gen. No. 41,186.

opinion filed December 30, 1940; rehearing denied January 15, 1941. James J. Barbour and John B. King, for appellant; Heth, Lister & Flynn, for appellee; Thomas E. Griffin, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."